4:25-mj-00145

5802500148

United States Courts
Southern District of Texas
FILED
*March 13, 2025*
Nathan Ochsner, Clerk of Court

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ST16 | E 2087373 | Crenshaw | 4537 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/19/2024 1640
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
39 CFR 1.218(B)(11)

Place of Offense: 2002 Holcombe Blvd Houston Texas 77030

Offense Description: Factual Basis for Charge    HAZMAT ☐

Disorderly Conduct

**DEFENDANT INFORMATION**   Phone: (773) 603-5387

Last Name: Navarro
First Name: Everardo
M.I.:
Street Address: 1170 Westheimer Rd APT 905
City: Houston   State: TX   Zip Code: 77077   Date of Birth: 09/07/1968
Drivers License No.: 45553386   CDL ☐   D.L. State: TX   Social Security No.: 355 56 0907

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: Blk   Eyes: Haz   Height: 5-11   Weight: 175

VEHICLE  VIN:    CMV ☐
Tag No.   State   Year   Make/Model   PASS ☐   Color

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ 280 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date:    Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refused To Sign

Original - CVB Copy

*E2087373*